**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Auto Point Ltd.,

        Plaintiff,

    -against-

Metropolitan Shipping Company, d/b/a
Metropolitan Shipping Logistics,
International Freight Corp.,
Ultimate Body and Transport, Inc. and
Louis Gangone,

        Defendants.
-------------------------------------------------------X

Civil Action No. CV 10-0385

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

DARRYL GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

That on the 9th day of February, 2010, at approximately 2:31pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon INTERNATIONAL FREIGHT CORP. at 77 Evergreen Avenue, Brooklyn, NY by personally delivering and leaving the same with BELLA FOSS, who informed deponent that she is an Office Manager authorized by appointment to receive service at that address.

Bella Foss is a white female, approximately 55 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 145 pounds with brown hair and brown eyes.

_____
DARRYL GREEN, #0866535

Sworn to before me this
17th day of February, 2010

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com