Case 1:10-cv-00385-JBW-RLM   Document 19   Filed 08/06/10   Page 1 of 1

YESKOO HOGAN & TAMLYN, LLP
Attorneys for Plaintiff
Auto Point Ltd.
909 Third Avenue
28th Floor
New York, NY 10022
212-983-0900

*[handwritten: In light of the bankruptcy stay, plaintiff's motion to amend is denied without prejudice. However, the Court will, when the stay is lifted,]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Auto Point Ltd.,

                Plaintiff,

       -against-

Metropolitan Shipping Company, d/b/a
Metropolitan Shipping Logistics,
International Freight Corp.,
Ultimate Body and Transport, Inc. and
Louis Gangone,

              Defendants.

------------------------------------------------------------X

No. 10-cv-0385 (JW)

Notice of Motion to Amend

*[handwritten: extend the deadline for amending the pleadings and other deadlines.]*

Please take notice that plaintiff Auto Point Ltd will move this Court on August 20,

2010 for permission to amend its complaint to add Alec Baldwin as a defendant. This

motion is based on the annexed affirmation of Richard C. Yeskoo.

*[handwritten: SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 8/6/10]*

Dated:  New York, NY
         August 6, 2010

                    YESKOO HOGAN & TAMLYN, LLP
                    909 Third Avenue, 28th Floor
                    New York, New York 10023
                    (212) 983-0900
                    Attorneys for Plaintiff


                    By:    s/_____
                          Richard C. Yeskoo (RY7329)