YESKOO HOGAN & TAMLYN, LLP
Attorneys for Plaintiff
Auto Point Ltd.
909 Third Avenue, 28th Floor
New York, New York 10022
212-983-0900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Auto Point Ltd.,                                    :   10-cv-385(JBW)
                                                    :
                    Plaintiff,                      :   Status Report
                                                    :
    -against-                                       :
                                                    :
Metropolitan Shipping Company, d/b/a                :
Metropolitan Shipping Logistics,                    :
International Freight Corp.,                        :
Ultimate Body and Transport, Inc. and               :
Louis Gangone,                                      :
                                                    :
                    Defendants.                     :
                                                    :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that plaintiff, Auto Point, Ltd. is still in bankruptcy proceedings. A copy of the docket sheet is enclosed. Counsel has asked the trustee again for written instructions about this case.

Dated:  New York, NY
        January 6, 2011

                                                    YESKOO HOGAN & TAMLYN, LLP
                                                    909 Third Avenue, 28th Floor
                                                    New York, New York 10022
                                                    (212) 983-0900
                                                    Attorneys for Plaintiff

                                                    By:   __s/_____
                                                          Richard C. Yeskoo

**10-43005** Auto Point, Limited
**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Nancy C Dreher
**Date filed:** 04/23/2010 **Date of last filing:** 12/10/2011

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | *Filed & Entered:*04/23/2010 | Automatic docket of credit card |
| 1 | *Filed & Entered:*04/23/2010 | Chapter 7 Voluntary Petition - case upload |
| 2 | *Filed & Entered:*04/23/2010 | Signature declaration (Case Upload) |
| 3 | *Filed & Entered:*04/23/2010 | Proof of authority to sign and file petition |
| 4 | *Filed & Entered:*04/26/2010 | Order on partial case filing |
| 5 | *Filed & Entered:*04/26/2010 | Meeting of creditors chapter 7 No Asset |
| 6 | *Filed:* 04/28/2010 *Entered:* 04/29/2010 | BNC Certificate of mailing - Meeting of creditors |
| 7 | *Filed:* 04/28/2010 *Entered:* 04/29/2010 | BNC Certificate of Mailing |
| 8 | *Filed & Entered:*05/04/2010 *Terminated:* 05/06/2010 | Motion for relief from stay |
| 9 | *Filed & Entered:*05/04/2010 *Terminated:* 05/17/2010 | Application to employ professional |
| 10 | *Filed & Entered:*05/04/2010 | Certificate of service |
|  | *Filed & Entered:*05/05/2010 | U. S. Trustee recommendation in favor of employment |
| 11 | *Filed & Entered:*05/05/2010 | Response |
| 12 | *Filed & Entered:*05/05/2010 | Receipt of Filing Fee (OTC auto) |
| 13 | *Filed & Entered:*05/06/2010 | Notice of returned mail |
| 14 | *Filed & Entered:*05/06/2010 | Order on motion for relief from stay |
| 15 | *Filed & Entered:*05/06/2010 | Notice of returned mail |
| 16 | *Filed & Entered:*05/06/2010 *Terminated:* 05/07/2010 | Application to extend time to file schedules. |
| 17 | *Filed & Entered:*05/07/2010 | Order for application to extend time to file schedules |
| 18 | *Filed & Entered:*05/08/2010 | BNC Certificate of Mailing - PDF Document |
| 19 | *Filed & Entered:*05/09/2010 | BNC Certificate of Mailing |
| 20 | *Filed & Entered:*05/17/2010 | Order on application to employ professional |
| 21 | *Filed:* 05/19/2010 *Entered:* 05/20/2010 | BNC Certificate of Mailing - PDF Document |
|  | *Filed & Entered:*05/27/2010 | Add creditor to matrix |

|    | Filed & Entered: 05/27/2010 | ● Add creditor to matrix |
|----|----|----|
| 22 | Filed & Entered: 05/27/2010 | ● Chapter 7 completion |
| 22 | Filed & Entered: 05/27/2010 | ● Signature declaration |
| 23 | Filed & Entered: 08/16/2010 | ● Complaint |
|    | Filed & Entered: 08/31/2010 | ● Automatic docket of credit card |
| 24 | Filed & Entered: 08/31/2010<br>Terminated: 09/23/2010 | ● Motion for relief from stay |
| 25 | Filed & Entered: 09/23/2010 | ● Order on motion for relief from stay |
| 26 | Filed & Entered: 09/25/2010 | ● BNC Certificate of Mailing - PDF Document |
| 27 | Filed & Entered: 02/24/2011 | ● Complaint |
|    | Filed & Entered: 04/14/2011 | ● Automatic docket of credit card |
| 28 | Filed & Entered: 04/14/2011<br>Terminated: 04/15/2011 | ● Application for admission pro hac vice |
|    | Filed & Entered: 04/15/2011 | ● Order granting Admission pro hac vice |
| 29 | Filed & Entered: 04/15/2011 | ● Notice of appearance |
| 30 | Filed & Entered: 11/29/2011 | ● Trustee's notice of assets |
| 31 | Filed & Entered: 11/29/2011 | ● General notice by trustee of settlement or compromise |
| 32 | Filed & Entered: 11/30/2011<br>Terminated: 12/01/2011 | ● Application for admission pro hac vice |
|    | Filed & Entered: 12/01/2011 | ● Order granting Admission pro hac vice |
| 33 | Filed & Entered: 12/01/2011 | ● Receipt of Filing Fee (OTC auto) |
| 34 | Filed: 12/01/2011<br>Entered: 12/02/2011 | ● BNC Certificate of Mailing |
| 35 | Filed: 12/01/2011<br>Entered: 12/02/2011 | ● BNC Certificate of Mailing - PDF Document |
| 36 | Filed & Entered: 12/08/2011 | ● General notice by trustee of settlement or compromise |
| 37 | Filed: 12/10/2011<br>Entered: 12/11/2011 | ● BNC Certificate of Mailing - PDF Document |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 01/06/2012 15:03:09 ||||
| PACER Login: | ry0014 | Client Code: | a |
| Description: | History/Documents | Search Criteria: | 10-43005 Type: History |
| Billable Pages: | 2 | Cost: | 0.16 |