YESKOO HOGAN & TAMLYN, LLP
909 Third Avenue, 28th Floor
New York, NY 10022
212-983-0900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Auto Point Ltd.,                                                   :   No. 10-cv-0385 (JW)
                                                                   :
                          Plaintiff,                   :
                                                                   :   Third Status Report
                  -against-                    :
                                                                   :
Metropolitan Shipping Company, d/b/a                               :
Metropolitan Shipping Logistics,                                   :
International Freight Corp.,                                       :
Ultimate Body and Transport, Inc. and                              :
Louis Gangone,                                                     :
                                                                   :
                         Defendants.                  :
                                                                   :
-------------------------------------------------------------------X

       The Bankruptcy Trustee for Auto Point Ltd. in this matter, Brian F. Leonard, Leonard, O'Brien Spencer, Gayle & Sayre, Ltd., 100 South Fifth Street, Suite 2500, Minneapolis, Minnesota 55402-1234, has given the undersigned permission to dismiss this case without prejudice.  We request that the Court give the defendants 7 days to object to dismissal on this basis, and that, if no objection is received, that the case be dismissed without prejudice with each party to bear its own costs.

Dated:  New York, New York
            February 17, 2012

                                                       _____s/_____
                                                        Richard C. Yeskoo