**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTO POINT LTD., <br><br>           Plaintiff, <br><br>   -against- <br><br> METROPOLITAN SHIPPING COMPANY, d/b/a METROPOLITAN SHIPPING LOGISTICS, INTERNATIONAL FREIGHT CORP., ULTIMATE BODY AND TRANSPORT, INC. and LOUIS GANGONE, <br><br>           Defendants. | Case No. 10 CV 0385 <br> (JBW)(RLM) <br><br><br><br> **NOTICE OF NO OBJECTION** |

    Pursuant to the Order of the Court, dated February 21, 2012, Defendant I.F.C. International Freight Corp. states that it has no objection of the dismissal of this action without prejudice

Dated:  New York, New York
     February 23, 2012

                 SHER TREMONTE LLP


                 By:  /s/ Justin M. Sher
                   Justin M. Sher
                 41 Madison Avenue, 41st Floor
                 New York, New York 10010
                 Tel: 212.202.2600
                 E-mail: jsher@shertremonte.com

                 *Attorneys for Defendant*
                 *I.F.C. International Freight Corp.*