UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTO POINT LTD.,<br><br>     Plaintiff,<br><br> – against –<br><br>METROPOLITAN SHIPPING COMPANY, d/b/a METROPOLITAN SHIPPING LOGISTICS, INTERNATIONAL FREIGHT CORP., ULTIMATE BODY AND TRANSPORT, INC., LOUIS GANGONE,<br><br>     Defendants. | ORDER<br><br>10-CV-385 |



**JACK B. WEINSTEIN, Senior United States District Judge:**

On February 17, 2012, plaintiff filed a status report requesting permission to dismiss the case without prejudice, assuming no objection from defendants (several of whom have asserted cross-claims). The magistrate judge entered an order giving defendants until February 24 to respond to plaintiff's request. To date, two of the four defendants have indicated that they do not object. One defendant has never appeared in the action. The fourth defendant, an individual who has asserted cross-claims, has not responded to the order, and presumably does not object. The complaint and cross-claims are dismissed without prejudice.

                SO ORDERED.

                _____
                Jack B. Weinstein
                Senior United States District Judge

Date: February 28, 2012
    Brooklyn, New York

